UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-534-001 |
| | § | |
| MANUEL DE JESUS FUENTES-CAMPOS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant MANUEL DE JESUS FUENTES-CAMPOS's motion for continuance. (D.E. 36). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. Counsel for defendant moves for a continuance because he needs additional time to review discovery, investigate and consult with the defendant. The Court notes that the defendant appeared for the arraignment on September 6, 2017, less than 30 days ago. Further, the defendant recently retained counsel whose motion to substitute was granted September 26, 2017. (D.E. 34). The final pretrial conference is currently set for October 2, 2017. Counsel and the defendant need additional time to consult and prepare.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of defendant MANUEL DE JESUS FUENTES-CAMPOS and finds that this motion should be **GRANTED**. Taking into account the exercise of due

diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a final pretrial conference before U.S. Magistrate Judge Jason Libby on **November 1, 2017 at 9:00 a.m.** and jury selection and trial is set before U.S. District Judge Nelva Gonzales Ramos on **November 6, 2017 at 9:00 a.m.**

ORDERED this 27th day of September, 2017.

_____
Jason B. Libby
United States Magistrate Judge